L. D. DANIEL *v.* JULIA CASSELL, &C.

**Adverse Possession.**
   Record of holding, as manifested by court proceedings. Prior right.

APPEAL FROM CAMPBELL CIRCUIT COURT.

May 16, 1871.

OPINION OF THE COURT BY JUDGE PETERS:

The only defense made to the suit by appellant was an adversary

holding of over fifteen years, which he utterly failed to make out by the proof.

The recovery of the land by Mrs. Cassell of G. Daniel, &c., the persons then in possession, is manifested by the record and proceedings of that action filed in this case, and read as evidence without objection in the court below. And it is very clear from the evidence that after the recovery in that action, appellees, and their ancestor were in the possession by their tenants before appellant entered, and that his subsequent entry was without right, and tortuous.

We perceive no error prejudicial to appellant, and the judgment must be *affirmed.*

*Hallam,* for appellant.
*Menzies & F.,* for appellee.